In the Matter of PURE OIL COMPANY, Petitioner. JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements to the respondent, on the ground that on the particular facts presented as to the Federal excise tax here involved the Comptroller had the right to include the sums in dispute as gross receipts under the local law. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to annul the determination.

In the Matter of the Application of MICHAEL SIECZKOWSKI, to Remove to the Supreme Court, New York County, an Action in the City Court of New York Entitled, "MICHAEL SIECZKOWSKI, Plaintiff, v. CANNYS TRUCKING CO., INC. et al., Defendants." MICHAEL SIECZKOWSKI, Respondent; CANNYS TRUCKING CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FRANCES S. ANGIER, Respondent, v. DAVIDOW INC. SPORTSWEAR, Appellant, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

RALPH J. CEBRIAN, Respondent, v. CORNELIUS VANDERBILT, JR., Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to appear generally, answer or otherwise move with respect to the amended complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 902.]

In the Matter of IRVING GOLDMAN et al., Copartners under the Name of CIRCLE THEATRE TICKET SERVICE COMPANY, Appellants, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and grant the motion.

MARIE-ANTOINETTE BEHRENDT, Appellant, v. FRITZ BEHRENDT, Respondent.— Order unanimously affirmed, with leave to the defendant to answer within five days after entry of order. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SAM'L SCHLOSSMAN & SONS, INC., Appellant, v. BAUM & REISSMAN, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GEORGE WILLY, Respondent, v. DAVID NAGEL et al., Copartners under the Name of NAGEL'S ROOFING COMPANY, Appellants, et al., Defendants.— Order affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and deny the motion. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. MAHONEY, Appellant, against PAROLE COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.